IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD J. McKENZIE,

    Plaintiff,

v.                               CASE NO. 3:12-cv-561-MW/EMT

STATE OF FLORIDA, et al.,

    Defendants.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 9, filed February 19, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the Court." The Clerk shall close the file.

SO ORDERED on March 11, 2013.

                                                s/Mark E. Walker  
                                                United States District Judge